UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
OMEGA ADVISORS INC, et al.

             Plaintiff,

   - against -

CLAYTON LEWIS

             Defendant.
-------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 3 31 09**

**O R D E R**

06 cv. 875 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case is no longer being independently prosecuted and that the underlying dispute is being litigated in case number 06 cv. 834, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
           March 30, 2009

                         NAOMI REICE BUCHWALD
                      UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Eric L. Lewis, Esq.
Jonathan David Fine, Esq.
Baach Rabinson & Lewis PLLC
1201 F Street, NW
Washington, DC 20004

Gerald Krovatin, Esq.
Krovatin & Associates, LLC
744 Broad Street, Suite 1903
Newark, NJ 07102

James Michael Cole
Bryan Cave LLP (DC)
700 13th Street N.W.
Washington , DC 20005